1
2
3
4
5
6
7
8                              **UNITED STATES DISTRICT COURT**

9                            **NORTHERN DISTRICT OF CALIFORNIA**

10                               **SAN FRANCISCO DIVISION**

11
12   LANDMARK AMERICAN INSURANCE            Case No. 14-cv-00117 NC
     CO.,
13                                          **SUA SPONTE JUDICIAL**
                        Plaintiff,          **REFERRAL FOR PURPOSES OF**
                                            **DETERMINING RELATIONSHIP**
14           v.                             **OF CASES**

15   HAWK MECHANICAL, INC., and others,

16                      Defendants.

17
18          In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19   above captioned case is referred to Judge Phyllis J. Hamilton to determine whether it is

20
     related to *Travelers Property Casualty Company of America v. Mixt Greens, Inc., et al.*, No.
21
     13-cv-00957 PJH.
22
            IT IS SO ORDERED.
23
            Date: January 14, 2014
24                                          _____
                                            Nathanael M. Cousins
25                                          United States Magistrate Judge
26
27
28
     Case No. 14-cv-00117 NC
     SUA SPONTE JUDICIAL REFERRAL
     RE: RELATING CASES