UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LANDMARK AMERICAN INSURANCE COMPANY,

    Plaintiff(s),

    v.

HAWK MECHANICAL INC., et al.,

    Defendant(s).
_____/

No. C 14-0117 PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **April 10, 2014 at 2:00 p.m**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **April 10, 2014 at 1:45 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291. **Lead counsel** is required to participate in the conference.

IT IS SO ORDERED.

Dated: April 8, 2014

                              PHYLLIS J. HAMILTON
                              United States District Judge